1   ALAN S. LEVINS, Bar No. 57612
    KIMBERLY L. OWENS, Bar No. 233185
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street
    20th Floor
4   San Francisco, CA  94108.2693
    Telephone:     415.433.1940
5   Facsimile:     415.399.8490
    E-mail:        alevins@littler.com;
6                  kowens@littler.com

7   Attorneys for Defendant
    DNC PARKS AND RESORTS @ ASILOMAR,
8   DBA ASILOMAR CONFERENCE CENTER

9   PAMELA Y. PRICE, ESQ., Bar No. 107713
    PRICE AND ASSOCIATES
10  Latham Square Building
    1611 Telegraph Avenue, Suite 1450
11  Telephone:     510.452.0292
    Facsimile:     510.452.5625
12  E-mail:        pypesq@aol.com

13  Attorneys for Plaintiff
    MAURICE HEARNS
14
                        UNITED STATES DISTRICT COURT
15
                        NORTHERN DISTRICT OF CALIFORNIA
16

17  MAURICE HEARNS,                          Case No. C 07-0545 CRB [ECF]

18            Plaintiff,                      **STIPULATION EXTENDING
                                             DEFENDANT'S TIME TO ANSWER OR
    v.                                       OTHERWISE RESPOND TO THE FIRST
19                                           AMENDED COMPLAINT**

20  DNC PARKS AND RESORTS @
    ASILOMAR, DBA ASILOMAR                   **[Civil L.R. 6-1(a).]**
    CONFERENCE CENTER,
21
              Defendant.
22

23

24

25

26

27

28

**STIP. EXTENDING DEF.'S TIME TO RESPOND TO COMPLAINT**        **Case No. C 07-0545 CRB [ECF]**

1    Pursuant to Civil Local Rule 6-1(a), the Parties hereto, by and through their

2    respective counsel of record, hereby stipulate that the time within which Defendant DNC PARKS

3    AND RESORTS @ ASILOMAR, DBA ASILOMAR CONFERENCE CENTER, may answer or

4    otherwise respond to the First Amended Complaint is extended to November 28, 2007.    The

5    enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

6        IT IS SO STIPULATED.

7

8    DATED:  November 7, 2007                _____/s/_____

9                                                                    PAMELA Y. PRICE
                                                                     PRICE AND ASSOCIATES
10                                                                   Attorneys for Plaintiff
                                                                     MAURICE HEARNS

11   DATED:  November 7, 2007                _____/s/_____

12                                                                   ALAN S. LEVINS
                                                                     KIMBERLY L. OWENS
13                                                                   LITTLER MENDELSON
                                                                     A Professional Corporation
14                                                                   Attorneys for Defendant
                                                                     DNC PARKS AND RESORTS @ ASILOMAR,
15                                                                   DBA ASILOMAR CONFERENCE CENTER

16

17

18

19   Novmeber 16, 2007

20

21

22

23

24

25

26

27

28

1.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

## ATTESTATION OF CONCURRENCE

Pursuant to the Court's General Order 45, Section 10, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  Pamela Y. Price, counsel for Plaintiff, informed me that she concurs in the stipulation and authorized me to file it.

DATED:  November 7, 2007

_____/s/_____
KIMBERLY L. OWENS

Firmwide:83551188.1 056027.1074

2.

**STIP. EXTENDING DEF.'S TIME TO RESPOND TO COMPLAINT**          **Case No. C 07-0545 CRB [ECF]**