IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE HEARNS,

    Plaintiff,

v.

DNC PARKS AND RESORTS,

    Defendant.

                                  /

No. C 07-00545 CRB

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

    As plaintiff has served the Amended Complaint and defendant has filed an Answer, the parties are directed to appear for an initial case management conference on Friday, January 18, 2007 at 8:30 a.m.

    **IT IS SO ORDERED.**

Dated: November 29, 2007

                                                  CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE