1  ALAN S. LEVINS, Bar No. 57612
   KIMBERLY L. OWENS, Bar No. 233185
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490
   E-mail:       alevins@littler.com;
6                kowens@littler.com

7  Attorneys for Defendant
   DNC PARKS & RESORTS AT ASILOMAR, INC.
8
   PAMELA Y. PRICE, Bar No. 107713
9  PRICE AND ASSOCIATES
   Latham Square Building
10 1611 Telegraph Avenue, Ste. 1450
   Oakland, CA 94612
11 Telephone:    510.452.0292
   Facsimile:    510.452.5625
12 E-mail:       pypesq@aol.com

13 Attorneys for Plaintiff
   MAURICE HEARNS

14
                 UNITED STATES DISTRICT COURT
15
               NORTHERN DISTRICT OF CALIFORNIA
16
                   SAN FRANCISCO DIVISION
17

18 MAURICE HEARNS,                    Case No. C 07-0545 CRB [ECF]

19           Plaintiff,               **JOINT STIPULATION & [PROPOSED]
                                       ORDER ALLOWING THE DEPOSITION
20      v.                            OF PLAINTIFF MAURICE HEARNS TO
                                       OCCUR WHILE HE IS CONFINED IN
21 DNC PARKS AND RESORTS @            PRISON**
   ASILOMAR, DBA ASILOMAR
22 CONFERENCE CENTER,                 **[F.R.C.P. 30(a)(2); Civ. L.R. 7-12.]**

23           Defendant.

24

25

26

27

28

**STIPULATION**

Federal Rule of Civil Procedure 30(a)(2) requires a party to obtain leave of court to depose an individual who is confined in prison. Maurice R. Hearns, the Plaintiff in this case, is currently incarcerated at the California Substance Abuse Treatment Facility and State Prison (SATF), a California state prison located in Corcoran, California. Plaintiff Hearns is serving a four (4) year sentence. Mr. Hearns initiated this lawsuit and is an essential witness. Defendant DNC Parks & Resorts at Asilomar, Inc. would be deprived of its right to conduct a fair defense absent the ability to depose Mr. Hearns.

Therefore, the Parties hereby stipulate, and respectfully request the Court to order, that Defendant may depose Plaintiff while he is confined in prison. Plaintiff's deposition shall take place under the following terms and conditions:

1. Unless the prison authorities are willing to allow Plaintiff to travel to another location, the place of the deposition will be the California Substance Abuse Treatment Facility and State Prison ("SATF") in Corcoran, California. SATF is requested to provide a conference room where the deposition may take place.

2. If possible, the deposition will take place on March 24 and 25, 2008. If that date is not permitted by SATF, the deposition will occur on the nearest date that is agreed to by SATF and the parties.

3. Plaintiff's deposition testimony may be recorded by audio and video technology, in addition to being recorded stenographically by a court reporter.

4. The following people may be present at the deposition: (a) Plaintiff's counsel, Pamela Price and/or William Newmark; (b) Defendant's counsel, Alan Levins and/or Kimberly Owens; (c) one representative of Defendant; (d) one court reporter selected by Defendant; and (e) one videographer or video/audio technician selected by Defendant.

5. If permitted by SATF, the deposition will begin at 9:00 a.m. and conclude at 5:00 p.m.

JOINT STIP & [PROPOSED] ORDER RE PLTF'S DEPO                    Case No. C 07-0545 CRB [ECF]

6.      Mr. Hearns will receive a lunch break of at least thirty (30) minutes at the time required by SATF.  He may also receive additional ten (10) to fifteen (15) minute rest breaks as agreed by the parties or as required by SATF.

7.      If it is not possible to complete seven (7) hours on the record in one day because of SATF restrictions or for any other reason, the deposition shall continue the next day, if possible.  If it is not possible to continue the deposition the next day because of SATF restrictions or for any other reason, the deposition shall continue on the next date that is possible for SATF and the parties.

8.      If Defendant requires more than seven (7) hours on the record to complete Plaintiff's deposition, Defendant shall meet and confer with Plaintiff to attempt to reach an agreement for additional time.  If an agreement is not reached, Defendant may petition the Court upon a showing of good cause.

9.      The parties and all individuals who attend the deposition shall comply with the rules, policies, procedures and directives of SATF.

IT IS SO STIPULATED.

Dated: March 10, 2008

_____
KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DNC PARKS & RESORTS AT
ASILOMAR, INC.

Dated: March 7, 2008

_____
PAMELA Y. PRICE
PRICE AND ASSOCIATES
Attorneys for Plaintiff
MAURICE HEARNS

3.

**[PROPOSED] ORDER ALLOWING THE DEPOSITION OF PLAINTIFF MAURICE**

**HEARNS TO OCCUR WHILE HE IS CONFINED IN PRISON**

PURSUANT TO A STIPULATION BY PLAINTIFF MAURICE HEARNS ("PLAINTIFF") AND DEFENDANT DNC PARKS & RESORTS AT ASILOMAR, INC. ("DEFENDANT"), IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 30(a)(2), Defendant is granted leave to depose Maurice R. Hearns, the Plaintiff in this case, while he is incarcerated at the California Substance Abuse Treatment Facility and State Prison ("SATF"), located in Corcoran, California.

Plaintiff's deposition shall take place under the following terms and conditions:

1.      Unless the prison authorities are willing to allow Plaintiff to travel to another location, the place of the deposition will be the California Substance Abuse Treatment Facility and State Prison ("SATF") in Corcoran, California. SATF is requested to provide a conference room where the deposition may take place.

2.      If possible, the deposition will take place on March 24 and 25, 2008. If that date is not permitted by SATF, the deposition will occur on the nearest date that is permitted by SATF and possible for the parties.

3.      Plaintiff's deposition testimony may be recorded by audio and video technology, in addition to being recorded stenographically by a court reporter.

4.      The following people may be present at the deposition: (a) Plaintiff's counsel, Pamela Price and/or William Newmark; (b) Defendant's counsel, Alan Levins and/or Kimberly Owens; (c) one representative of Defendant; (d) one court reporter selected by Defendant; and (e) one videographer or video/audio technician selected by Defendant.

5.      If permitted by SATF, the deposition will begin at 9:00 a.m. and conclude at 5:00 p.m.

6.      Mr. Hearns will receive a lunch break of at least thirty (30) minutes at the time required by SATF. He may also receive additional ten (10) to fifteen (15) minute rest breaks as agreed by the parties or as required by SATF.

4.

7.      If it is not possible to complete seven (7) hours on the record in one day because of SATF restrictions or for any other reason, the deposition shall continue the next day, if possible. If it is not possible to continue the deposition the next day because of SATF restrictions or for any other reason, the deposition shall continue on the next date that is possible for SATF and the parties.

8.      The parties and all individuals who attend the deposition shall comply with the rules, policies, procedures and directives of SATF.

SATF is ordered to allow this deposition to proceed under the above terms and conditions. If SATF requires a subpoena, Defendant is authorized to issue a subpoena.

IT IS SO ORDERED.

Dated:   <u>March 14, 2008</u>                               _____

HONORABLE CHARLES R. BREYER

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

5.